IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD CALTON,

      Plaintiff,

v.                               CASE NO. 5:12-cv-283-MW/EMT

JACKSON HOSPITAL,

      Defendant.
_____/

## ORDER DENYING SUMMARY JUDGMENT

Before this Court are Defendant Jackson Hospital's ("Defendant") Motion for Summary Judgment, ECF No. 37, Plaintiff Donald Calton's ("Plaintiff") Response in Opposition, ECF No. 57, Defendant's Reply, ECF No. 60, and Defendant's Notice of Supplemental Authority, ECF No. 65. Defendant argues that it is entitled to summary judgment on Plaintiff's retaliation claim on multiple grounds. For the reasons sets forth below, Defendant's motion for summary judgment is **DENIED**.

Taken in the light most favorable to Plaintiff, as the Court must, the record suggests that Dr. Flick made several sexual comments about female patients within his care to Plaintiff. Further, once a new female employee, Ms. Giles, arrived as Dr. Flick's subordinate, Dr. Flick began making statements to and in the presence of Ms. Giles from which one could infer a sexual connotation. Within a matter of

1

days, Dr. Flick's comments proceed to intensify up to and including an outright sexual proposition of Ms. Giles. While these comments fall short of sexual harassment, a jury could find that Plaintiff's belief that sexual harassment was occurring was objectively reasonable. *See Mulkey v. Board of Com'rs of Gordon County*, 488 Fed. Appx. 384 (11th Cir. 2012). This is especially true in light of the escalating nature of the comments to a new, subordinate employee within a very short period of time. Further, given the timing of events and other facts, the record supports an inference that Plaintiff was discharged as a result of his protected disclosure.

For these reasons, Defendant's motion for summary judgment, ECF 37, is **DENIED**.

**SO ORDERED on January 3, 2014.**

s/Mark E. Walker
**United States District Judge**
