IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD CALTON,
        Plaintiff,

v.                                   CASE NO.  5:12-cv-283-MW/EMT

JACKSON HOSPITAL,

        Defendant.

_____

ORDER GRANTING IN PART AND
DENYING IN PART EXTENSION OF TIME

     This Court has considered, without hearing, the Joint Motion for Extension of Time to File Motions in Limine, ECF No. 83, filed April 30, 2014.  The motion is **GRANTED in part** and **DENIED in part**.  The deadline for filing motions in limine tied to expert witnesses shall be extended to **May 9, 2014**.  All other motions of the parties are due today, **May 1, 2014**.

     SO ORDERED this 1st day of May, 2014.

                                                       _____
                                                       MARK E. WALKER
                                                       United States District Judge